**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1462

DANIEL LEWIS COMPEL,

Plaintiff - Appellant,

versus

CITIMORTGAGE, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-04-1377-1)

Submitted: September 27, 2005      Decided: September 29, 2005

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Lewis Compel, Appellant Pro Se. Richard Daniel Kelley, Brent Eugene Baxter, REED SMITH, LLP, Falls Church, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Lewis Compel appeals a district court order dismissing his complaint against CitiMortgage, Incorporated. We have reviewed the record and the district court's order and affirm for the reasons of the district court. <u>See</u> <u>Compel v. CitiMortgage, Inc.</u>, No. CA-04-1377-1 (E.D. Va. Mar. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>